## Kalodner et al., Appellants, *v.* Stone.

Argued November 12, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Philip P. Kalodner* and *Jerrold V. Moss,* in propriis personis; and *David B. Fitzgerald,* for appellants.

*G. P. High, Jr.,* with him *John F. Christie, III, Samuel H. High, Jr.,* and *High, Swartz, Roberts & Seidel,* for defendants, appellees.

*Horace A. Davenport,* for defendant, appellee.

OPINION PER CURIAM, April 20, 1972:

Decree affirmed. Under our supervisory powers, we direct the Commissioners of Cheltenham Township to present a plan to reapportion the wards of Cheltenham Township to take effect no later than July 1, 1972. Thereafter, the Court of Common Pleas of Montgomery County is directed to dispose of any and all objections to this plan without undue delay. Costs to be equally divided.

The former Mr. Chief Justice BELL and the former Mr. Justice BARBIERI took no part in the consideration or decision of this case.